Exhibit 1

**Int. Cls.: 9, 25 and 41**

**Prior U.S. Cls.: 21, 22, 23, 26, 36, 38, 39, 100, 101 and 107**

# United States Patent and Trademark Office

Reg. No. 3,267,852

Registered July 24, 2007

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# MASTODON

MASTODON, LLC (GEORGIA LTD LIAB CO)
SUITE 200
9255 W SUNSET BLVD
LOS ANGELES, CA 90069

FOR: SERIES OF MUSICAL SOUND RECORD-INGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-23-2001; IN COMMERCE 3-23-2001.

FOR: CLOTHING, NAMELY, TEE SHIRTS, SWEATSHIRTS, TANK TOPS, CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-23-2001; IN COMMERCE 3-23-2001.

FOR: ENTERTAINMENT SERVICES, NAMELY LIVE PERFORMANCES BY A MUSICAL GROUP AND PROVIDING PRERECORDED MUSIC ON-LINE AND INFORMATION REGARDING A MUSI-CAL GROUP ONLINE VIA A GLOBAL COMPUTER NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-1-2000; IN COMMERCE 6-1-2000.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-813,840, FILED 2-13-2006.

EVELYN BRADLEY, EXAMINING ATTORNEY