Exhibit 1

Int. Cls.: **9, 25 and 41**

Prior U.S. Cls.: **21, 22, 23, 26, 36, 38, 39, 100, 101 and 107**

**United States Patent and Trademark Office**

Reg. No. **3,267,852**
Registered **July 24, 2007**

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# MASTODON

MASTODON, LLC (GEORGIA LTD LIAB CO)
SUITE 200
9255 W SUNSET BLVD
LOS ANGELES, CA 90069

  FOR: SERIES OF MUSICAL SOUND RECORDINGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

  FIRST USE 3-23-2001; IN COMMERCE 3-23-2001.

  FOR: CLOTHING, NAMELY, TEE SHIRTS, SWEATSHIRTS, TANK TOPS, CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

  FIRST USE 3-23-2001; IN COMMERCE 3-23-2001.

  FOR: ENTERTAINMENT SERVICES, NAMELY LIVE PERFORMANCES BY A MUSICAL GROUP AND PROVIDING PRERECORDED MUSIC ONLINE AND INFORMATION REGARDING A MUSICAL GROUP ONLINE VIA A GLOBAL COMPUTER NETWORK, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

  FIRST USE 6-1-2000; IN COMMERCE 6-1-2000.

  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

  SER. NO. 78-813,840, FILED 2-13-2006.

EVELYN BRADLEY, EXAMINING ATTORNEY