# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Mastodon, LLC

                                            Plaintiff,

v.                                                       Case No.: 1:20−cv−07746

                                                      Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule "A"

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 30, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motions for leave to file under seal [7], exceed page limitation [8], and ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary asset restraint, expedited discovery, and service of process by email and/or electronic publication [9] are granted. Enter Sealed Temporary Restraining Order. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.