## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MASTODON, LLC,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Civil Action No.: 1:20-cv-07746

Judge Mary M. Rowland

Magistrate Judge Sheila M. Finnegan

## DECLARATION OF KEITH A. VOGT

I, Keith A. Vogt, of Chicago, Illinois, declare as follows:

1.   I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.   Since and pursuant to entry of the TRO, Plaintiff has contacted WISH, Amazon, Alipay, DHGate, and PayPal to restrain accounts associated with the Defendant Internet Stores.

3.   Exhibit 1 attached hereto is a true and correct copy of unpublished decisions cited in the Plaintiff's Memorandum.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2021 at Chicago, Illinois.

*/s/Keith A. Vogt*
Keith A. Vogt