# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MASTODON, LLC, | |
| Plaintiffs, | Case No.: 1:20-cv-07746 |
| v. | Judge Mary M. Rowland |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sheila M. Finnegan |
| Defendants. | |

## DECLARATION OF SERVICE

I, Keith A. Vogt, of Chicago, Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, MASTODON, LLC ("MASTODON" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting MASTODON to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and/or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Bill Kelliher and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on January 19, 2021, I sent an e-mail containing a copy of the Complaint, TRO, Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Summons to the e-mail addresses associated with the following accounts: PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH"), Amazon Payments, Inc. ("Amazon"), Alipay US,

Inc. and its related companies and affiliates ("ALIPAY"), and Heguang International Limited or Dunhuang Group d/b/a DHGATE, DHGate.com, DHPORT, DHLINK and DHPAY ("DHGate"), as identified in Exhibit 2 to the Declaration of Bill Kelliher as being related to the defendants.

4. I hereby certify that I will electronically publish the Complaint, TRO, Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Summons on a website.

5. I hereby certify that on January 19, 2021, I sent an e-mail containing a copy of the Complaint, TRO, Preliminary Injunction Motion, Memorandum in Support of Preliminary Injunction, and Summons to the e-mail addresses associated with the following accounts: PayPal, WISH, Amazon, ALIPAY, and DHGate, as identified and provided by third parties for Defendants that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2021, at Chicago, Illinois.

*/s/ Keith A. Vogt*
Keith A. Vogt
*Counsel for Plaintiff*