**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MASTODON, LLC,

       Plaintiff,                                  Civil Action No.: 1:20-cv-07746

v.                                           Judge Mary M. Rowland

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Sheila M. Finnegan
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff, MASTODON LLC's ("MASTODON"
or "Plaintiff"), Motion for a Preliminary Injunction, and this Court having heard the evidence
before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety
against the defendants identified in Schedule A (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since
the Defendants directly target their business activities toward consumers in the United States,
including Illinois. "In the context of cases like this one, that means a plaintiff must show that each
defendant is actually operating an interactive website that is accessible in Illinois and that each
defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit
goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts
with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified
on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented
screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois
residents by operating one or more commercial, interactive Internet Stores through which Illinois
residents can and do purchase products using counterfeit versions of Plaintiff's Trademark. *See*

1

Docket No. 11 which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the MASTODON Trademark, U.S. Trademark Registration No. 3,267,852 ("The MASTODON Trademark").

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of MASTODON's previously granted Motion for a Temporary Restraining Order establishes that MASTODON has a likelihood of success on the merits; that no remedy at law exists; and that MASTODON will suffer irreparable harm if the injunction is not granted.

Specifically, MASTODON has proved a *prima facie* case of trademark infringement because (1) the MASTODON Trademark is a distinctive mark and is registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the MASTODON Trademark, and (3) Defendants' use of the MASTODON Trademark is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with MASTODON. Furthermore, Defendants' continued and unauthorized use of the MASTODON Trademark irreparably harms MASTODON through diminished goodwill and brand confidence, damage to MASTODON's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, MASTODON has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

2

1.  Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a.  using the MASTODON Trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine MASTODON product or not authorized by MASTODON to be sold in connection with the MASTODON Trademark;

    b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine MASTODON product or any other product produced by MASTODON, that is not MASTODON's or not produced under the authorization, control or supervision of MASTODON and approved by MASTODON for sale under the MASTODON Trademark;

    c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of MASTODON, or are sponsored by, approved by, or otherwise connected with MASTODON;

    d.  further infringing the MASTODON Trademark and damaging MASTODON's goodwill;

    e.  otherwise competing unfairly with MASTODON in any manner;

    f.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for MASTODON, nor authorized by

3

MASTODON to be sold or offered for sale, and which bear any of the MASTODON Trademark or any reproductions, counterfeit copies or colorable imitations thereof;

g.   using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit/Infringing MASTODON products; and

h.   operating and/or hosting at the Defendant Internet Stores and any other online marketplace accounts registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the MASTODON Trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine MASTODON product or not authorized by MASTODON to be sold in connection with the MASTODON Trademark.

2.   Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as, but not limited to Amazon, (collectively, "Marketplaces"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, shall within three (3) business days of receipt of this Order:

a.   disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the MASTODON Trademark, including any accounts associated with the Defendants listed in Schedule A;

b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the MASTODON Trademark; and

c. take all steps necessary to prevent links to the Defendant Internet Stores identified in Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

3.     Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Internet Stores or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as Marketplaces, advertisers, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including PayPal, Alipay, Western Union, third party processors and other payment processing service providers, shippers, and online marketplace registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to MASTODON expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b. the nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information

associated with the Defendant Internet Stores, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores;

c. Defendants' websites and/or any Defendant Internet Stores;

d. the Defendant Internet Stores registered by Defendants; and

e. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, PayPal, Alipay, Western Union, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Context Logic, Inc. ("WISH"), Amazon Payments, Inc. ("Amazon"), Alipay US, Inc. and its entities ("Alipay"), Alibaba Group Holding Limited ("Alibaba"), and Heguang International Limited or Dunhuang Group d/b/a DHGATE, DHGate.com, DHPORT, DHLINK and DHPAY ("DHGate"), and PayPal, Inc. ("PayPal"), shall, within three (3) business days of receipt of this Order, for any Defendant or any of Defendants' Internet Stores or websites:

    a. Locate all accounts and funds connected to Defendants, Defendants' Internet Stores, including, but not limited to, any WISH, Amazon, Alipay, DHGate, and PayPal accounts connected to the information listed in Schedule A hereto or the email addresses identified in Exhibit 2 to the Declaration of Bill Kelliher; and

    b. Restrain and enjoin any such accounts or funds that are non-U.S. foreign based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6.    Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendant's Internet Stores, shall within three (3) business days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants, or Defendants' Internet Stores, including, but not limited to, any accounts connected to the information listed in Schedule A hereto or the email addresses identified in Exhibit 2 to the Declaration of Bill Kelliher; and

    b. restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7.    MASTODON may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed.R.Civ.P. 4(f)(3), by electronically publishing a link to the Complaint, this Order and other relevant documents on a website, or by sending an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Bill Kelliher and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a

single original summons in the name of "Dghwei and all other Defendants identified in Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from Online Marketplaces and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to MASTODON or on shorter notice as set by this Court.

9.    The $10,000 bond posted by MASTODON shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

Dated: January 20, 2021

_____
U.S. District Court Judge

**SCHEDULE A**

| No. | Defendants |
|---|---|
| 1 | Dghwei |
| 2 | chromeey |
| 3 | DavidEEvarct |
| 4 | NorthEsther |
| 5 | Willie Travis |
| 6 | Zebulon Bowen |
| 7 | tong you |
| 8 | Carrollww |
| 9 | Lucille B Grabo |
| 10 | coolerafans |
| 11 | Kenneth J Tanner |
| 12 | LiuShanQin |
| 13 | SMANTA |
| 14 | HAYDEN ROSE |
| 15 | Rigoberto Bender |
| 16 | Grozinrel |
| 17 | Zengshurong |
| 18 | Coollemon |
| 19 | The Slaughter |
| 20 | 2011 fashion clothes |
| 21 | Matt Clement |
| 22 | wanghuimin19961120 |
| 23 | tanmenru |
| 24 | Songyangyang456 |
| 25 | HuanlangdunbenuX |
| 26 | Melissa Turner |
| 27 | qinyue |
| 28 | M  BVC  PWZ |
| 29 | LaDonnike Morgan |
| 30 | wuyongqing |
| 31 | chenshuai77188 |
| 32 | yaoshi |
| 33 | tongjianhong198217 |
| 34 | LOUE |
| 35 | DWWWW998 |
| 36 | LajianggougEz |
| 37 | Robert E. Delbango |

| 38 | Bryan Riggs |
|----|-------------|
| 39 | FFF66F5 |
| 40 | hechen878507712 |
| 41 | Annaaee |
| 42 | chenjingjuan321 |
| 43 | laiyonglin888 |
| 44 | 2017Happy shop |
| 45 | James Hill1 |
| 46 | shenshiyan |
| 47 | longying22085 |
| 48 | wangqiuyujiping |
| 49 | Charles Henson |
| 50 | Linda Rockett |
| 51 | Lois Grahame |
| 52 | sjqqfashion |
| 53 | Gosse5egrg |
| 54 | luzhihui fashion |
| 55 | zuihoumoli |
| 56 | Russelaaee |
| 57 | funnyshirts |
| 58 | 3D Fashion Clothes |
| 59 | hehao65399405 |
| 60 | ouqu334 plaza |
| 61 | zhoujie6701 |
| 62 | wangxiaozhen2548 |
| 63 | Vertiveny Baby's |
| 64 | Kim Ziegelgruberg |
| 65 | wuduilingtao |
| 66 | WQQQ9989 |
| 67 | Codyaaee |
| 68 | zhouli12345 |
| 69 | Jennifer Marino45 |
| 70 | zhangjie163163 |
| 71 | SSDDW66 |
| 72 | Calebaaee |
| 73 | Casa de Oracion |
| 74 | suenXIAO-54 |
| 75 | liufenglian 123 |
| 76 | rmx5869 |
| 77 | Skgnsodkafspfdpfodfkdhh33 |
| 78 | sunminjie fashion |
| 79 | liulei830717 |

| 80 | mcceseoqwsee |
| 81 | liwenwen147253 |
| 82 | anlizhaomi7685123 |
| 83 | Jeffrey Bruski |
| 84 | Fashin boy |
| 85 | sfydyy |
| 86 | Nancy Snyder |
| 87 | MeisikangmoumX |
| 88 | yqiktore |
| 89 | Jamillah |
| 90 | Angel Rios |
| 91 | Good friend trade |
| 92 | Laterms |
| 93 | mvhyogh fashion store |
| 94 | HUYINSONG188498 |
| 95 | jialangyi |
| 96 | htgdjchjgthj |
| 97 | Gerald Reeves |
| 98 | zhangleilei163 |
| 99 | Tangshanshan0415 |
| 100 | Yangyurong1974 |
| 101 | Gary l thompson |
| 102 | Meizaibay Pants |
| 103 | W2W1W2 |
| 104 | jc charles schoonard |
| 105 | Fenbaoge Bags |
| 106 | osienmkhds |
| 107 | Zizisunny Toys |
| 108 | qu15967 |
| 109 | chenbeibei 552018 |
| 110 | Muwondei Bedclothes |
| 111 | Scott Janssen |
| 112 | Shawn Tidwell |
| 113 | XiashaohuaijibDs |
| 114 | Amy Minich |
| 115 | liupanpang |
| 116 | xiaoming fashion |
| 117 | zhangfengaq |
| 118 | gancitaoqing |
| 119 | Laura Slatten |
| 120 | LIZABETW |
| 121 | Lumete Stoeng Burang |
| 122 | FangpinhuaiyizN |
| 123 | MoLu088 |
| 124 | wangsimin123 |

| 125 | Vendoudu Toys |
| 126 | yangli1234 |
| 127 | Edward D. Astleford |
| 128 | Kristina Gallman |
| 129 | k8k82 |
| 130 | LiangjianheiwXu |
| 131 | Magic City |
| 132 | shenyllin |
| 133 | DDWW665 |
| 134 | XIUYING YANG PUDEPU FATION WOMAN SHOES SHOP |
| 135 | zhuyajuan163 |
| 136 | johnn yofchou |
| 137 | zhangting6637 |
| 138 | shifengxi |
| 139 | huangyulan fashion |
| 140 | Saskia Chick |
| 141 | siponiang |
| 142 | tangtaijun01 |
| 143 | Wangmin12345 |
| 144 | pan fashion |
| 145 | koujhjy |
| 146 | zhangge63546 |
| 147 | B8B8B888 |
| 148 | Duodownby Pants |
| 149 | Angel Wiener |
| 150 | SiyanyuebNx |
| 151 | lindenglian2674 |
| 152 | Danielleoo |
| 153 | daixiaoyuan200877 |
| 154 | aas5s66 |
| 155 | dingfan123 |
| 156 | wenqiya66058 |
| 157 | Old Glory |
| 158 | Ruth Faulkneri |
| 159 | Melinda Kelsay |
| 160 | cuili8755 |
| 161 | shanjianting123 |
| 162 | wujunyi5566 |
| 163 | maurice dresslaer |
| 164 | Crissy Ruiz |
| 165 | DouzifeicS |
| 166 | zhoujunjunjiejie |
| 167 | zhangshenchaog |
| 168 | xuxiuling3939 |
| 169 | Chris Hurst |

| | |
|---|---|
| 170 | ieioruoje |
| 171 | 254sjka4 |
| 172 | Lilan921 |
| 173 | DISV KA32 |
| 174 | Ekdnsjdjslslkdrnjkpbgdgjk27 |
| 175 | Alaonger Bags |
| 176 | maxin1014 |
| 177 | Bob Pretzel |
| 178 | mozutin418 |
| 179 | Dknskznjbxzknxxnnxkxjkxnjx |
| 180 | Robert Nielsen |
| 181 | Jacobaae |
| 182 | sanjiedexingfupu |
| 183 | ZhuizhuibengziuTf |
| 184 | kaiming |
| 185 | ZaishainajiangrTc |
| 186 | duancaipianji |
| 187 | Veinonyen Pants |
| 188 | qianglimaoyishangxing |
| 189 | Skgnskgmskfndjfnskfjcnnj22 |
| 190 | lovechrist |
| 191 | Atsushi Kawabata |
| 192 | zhijie dh |
| 193 | Cynthiakkk |
| 194 | limingh |
| 195 | youqiang fashion |
| 196 | Lindsey Navarro |
| 197 | Tammyyy |
| 198 | yyyoushop |
| 199 | laiyanting123 |
| 200 | weimeiyue6688 |
| 201 | g8g6f57g7 |
| 202 | houliangyan66058 |
| 203 | BradleyEE |
| 204 | Charles Artley |
| 205 | Dustin Lorance |
| 206 | Holly L Lara |
| 207 | Maizai Underclothes |
| 208 | lusanxianshe |
| 209 | zhenqiuyupao |
| 210 | mafangqi8280 |
| 211 | DuitunmeibafRz |
| 212 | Brenda Baxter |
| 213 | g8g5g6r6 |
| 214 | Sherry Harvey |

| 215 | ee66e5 |
|-----|--------|
| 216 | dongrui shop |
| 217 | ShashinanyiiDy |
| 218 | chenlichao123321 |
| 219 | her3i2 |
| 220 | chenyanna |
| 221 | Skfnsofjsorkwigjsnxnxnb55 |
| 222 | Vivian Johnson |
| 223 | liuqingshan fashion |
| 224 | qinying2588 |
| 225 | zhuxiaoting1988 |
| 226 | liyuonyuon |
| 227 | vfgigjjtih |
| 228 | zhoushasha4202 |
| 229 | yangxianlian963258 |
| 230 | yuanyuanlangshi |
| 231 | siuekjjknfe |
| 232 | echosky |
| 233 | Kallenaaee |
| 234 | gouguangfan supper-market |
| 235 | Joshuaaaee |
| 236 | liuyawei |
| 237 | loveaugust |
| 238 | tomtrade |
| 239 | shanmingshuang1234 |
| 240 | Ekfjenmmndkfdngmfkdk30 |
| 241 | McleanEE |
| 242 | n2n2n2 |
| 243 | Lijungoodsstore |
| 244 | aopkiiu wholeshop |
| 245 | shenjianmei fashion |
| 246 | Cheers Too |
| 247 | futianyu0224 |
| 248 | barbara kizer53 |
| 249 | fbafeifei18886 |
| 250 | Cari Enevoldsen |
| 251 | FlowersEEaa |
| 252 | wangxiaolan123 |
| 253 | Hale51 |
| 254 | L5L5L56 |
| 255 | Aelfric Eden Store |
| 256 | Telabeen Salen Francen |
| 257 | yangshishuide |
| 258 | Stephenaaee |
| 259 | Dennis Lorton |

| 260 | liting12345 |
|-----|-------------|
| 261 | osiduurnjf |
| 262 | yufeile |
| 263 | lewis515 |
| 264 | meijiee |
| 265 | s34442ws |
| 266 | qianguanfu |
| 267 | houxianhong9327 |
| 268 | liuyuechaodedianpu |
| 269 | Lauren Horner |
| 270 | leizhou5875 |
| 271 | Jeanne Vargo |
| 272 | Kaiaaee |
| 273 | Debriyren Bedclotehs |
| 274 | Colin Fashion Store |
| 275 | mabo fashion |
| 276 | HUANGLILANLANZ FATION WOMAN CLOTHING STORE |
| 277 | irfdrhv  Friday |
| 278 | posdsoijher |
| 279 | xiaoao5078 |
| 280 | Lindsayyya |
| 281 | yuanxiaoxue666 |
| 282 | gaomiao fashion |
| 283 | eraudxjxfyif |
| 284 | jirunrun |
| 285 | D5D5F5 |
| 286 | Gfhvcxhchbvhnbjjccgjvgjkk |
| 287 | liuchenyuj |
| 288 | shuyaqing65 |
| 289 | dtjydseryeytutr |
| 290 | lilinrong8087 |
| 291 | chenying88618 |
| 292 | b78ij988 |
| 293 | BIan  AbercrombieG |
| 294 | Sarah Storandt |
| 295 | Emma Rea |
| 296 | Jeff Hollifield |
| 297 | yangting3695 |
| 298 | David Douglas Krick |
| 299 | James Witherspoon |
| 300 | Clara Caldwell |
| 301 | Shawn VanLoan |
| 302 | Toyota Logistics Services, Inc |
| 303 | HJ66 |

| 304 | Skrnwofnsofnsofndkfnd51 |
|-----|-------------------------|
| 305 | Hibrox |
| 306 | linhaling |
| 307 | hukai4416 |
| 308 | menggengegeqi |
| 309 | zhangshunqiang5239 |
| 310 | laixiaoling5741 |
| 311 | gaiyoupaijing |
| 312 | Demaxia Lesenten morrezion Artstore |
| 313 | f6f5f |
| 314 | sheng fashion |
| 315 | qingxiu fashion |
| 316 | zhuyihang9122 |
| 317 | DDD66D8 |
| 318 | qqwwq65 |
| 319 | Fuefar bags |
| 320 | Edward M Creech |
| 321 | Jonathan Santiago |
| 322 | Jody Ann Motylinski |
| 323 | ShunjiaolinhuangbVi |
| 324 | Cheyennekkk |
| 325 | Gwen Berger |
| 326 | wfh41 |
| 327 | zhujidongdian |
| 328 | zhaochangfei |
| 329 | zhangchaixia |
| 330 | yiguo fashion |
| 331 | BunnellEE |
| 332 | guanchunqion |
| 333 | pengfeichen |
| 334 | HEMEN PANNUOYA GENTE BIEAN |
| 335 | PING HSU |
| 336 | southfeather |
| 337 | mcrisowypvvl |
| 338 | Wangbaoyi601 |
| 339 | Geivencler Bags |
| 340 | Joseph James2 |
| 341 | Sgchvhcjvhbgnhbjvbvv |
| 342 | Randyoo |
| 343 | Angelica Fors |
| 344 | yifan fashion |
| 345 | z66z5 |
| 346 | Callie Eady |
| 347 | springd |
| 348 | Alan Yamanaka |

| 349 | fengguifen |
|-----|------------|
| 350 | U.S. and south Korean fashion |
| 351 | tan qin ying 668 |
| 352 | wenmei666 |
| 353 | W6E6R6 |
| 354 | QQASD556A |
| 355 | xingwei shopping |
| 356 | Yanery Pants |
| 357 | xiajie fashion |
| 358 | zizengqin123 |
| 359 | BeihuangmengzOd |
| 360 | Kathleen Shaw Schadle |
| 361 | YUxiaodan0628 |
| 362 | MeihezhantI |
| 363 | Roopa K Schoop |
| 364 | zhangna163 |
| 365 | yucuifang |
| 366 | Shana Simmons |
| 367 | Jared Nottingham87 |
| 368 | suzhang |
| 369 | Maria Martinez |
| 370 | The fashion Tshirt |
| 371 | zhangxuza |
| 372 | ningxiax |
| 373 | fuweicheng66058 |
| 374 | huangzhanxunlu |
| 375 | Duanliuliu78523 |
| 376 | Ming Xiao8869 |
| 377 | Steven J Hester |
| 378 | k88e288 |
| 379 | zhaoshefeng56234 |
| 380 | limingrong8338 |
| 381 | Madeline Inglese |
| 382 | k8er7 |
| 383 | malei4636 |
| 384 | ghjedstyi |
| 385 | yanfujun147 |
| 386 | nieyunbutang |
| 387 | Jeffrey Fermstad |
| 388 | linguo78lin788. |
| 389 | qingyimian |
| 390 | Elizabeth Morla |
| 391 | hushuhuan1114 |
| 392 | luzaizouxia |
| 393 | Zeyibei Bedding |

| 394 | Liyixiao521 |
| 395 | liumeng520 |
| 396 | Darcyaaee |
| 397 | DAVID CORNN JR |
| 398 | Princess Bed |
| 399 | sundan fashion |
| 400 | yuancuixia46963 |
| 401 | steubercyril |
| 402 | Bret R Mylin |
| 403 | Lindaooe |
| 404 | Janette Bellotte |
| 405 | sdaehddf |
| 406 | QQ656SQ |
| 407 | Hepeijuan5522 |
| 408 | fengmiao |
| 409 | Alex Stewart |
| 410 | minzustyle |
| 411 | wanxiuwen |
| 412 | william mcatee |
| 413 | huwen fashion |
| 414 | xushidaifa |
| 415 | Cezanne Love |
| 416 | tenghaiyuan |
| 417 | Sheila Keeler |
| 418 | shaoqiu fashion |
| 419 | Sofkskfksogndjfjsifhskfj69 |
| 420 | Yvette Schleiger |
| 421 | YYYTT9T9 |
| 422 | Jessica Lewis |
| 423 | g6g6g6g |
| 424 | Sheyenne Perla |
| 425 | g6ggh889 |
| 426 | yangwei00 |
| 427 | promised |
| 428 | J5J5K5 |
| 429 | zhangjian3698 |
| 430 | wangjianting |
| 431 | dl5456 |
| 432 | Troyaaee |
| 433 | l8l8l8lZ |
| 434 | zhangjuna |
| 435 | Qianbaiey Baby's |
| 436 | theysythwpx |
| 437 | fhuxyi |
| 438 | ke72e |

18

| | |
|---|---|
| 439 | niuyanpeng5802 |
| 440 | LujuyoupC |
| 441 | yangxiaojiao163 |
| 442 | Carlos Alvarezn |
| 443 | caofengying |
| 444 | yuge1234 |
| 445 | MEN SNENG SHULAGE STORE |
| 446 | Meiziyichu wuxi |
| 447 | zimoshanghua |
| 448 | Michael Capps |
| 449 | sergio martinez |
| 450 | tungeir peach Mama's apron |
| 451 | wnx546 |
| 452 | houlinfer |
| 453 | mawenbin521088 |
| 454 | Melissa Fronheiser |
| 455 | hygjdterer |
| 456 | HuanzailuanzaivWu |
| 457 | Xiaoyuerong |
| 458 | Hank Waldmann |
| 459 | chengjie163 |
| 460 | James Haenggi34 |
| 461 | Thomas Turner |
| 462 | Brandon Davis |
| 463 | manmanxiaoqingluo |
| 464 | joaquin gutierrezk |
| 465 | JENNIFER OATES |
| 466 | wangxing646 |
| 467 | ChuangzhongmeilanpGt |
| 468 | Cynthiayya |
| 469 | fanshuzhengsad |
| 470 | aedeq shopping |
| 471 | xujie1778 |
| 472 | Nellie gonzalez |
| 473 | LyonsEE |
| 474 | luhuan99 |
| 475 | Rachelaaee |
| 476 | Nicole Kennedy |
| 477 | asdas123456789 |
| 478 | zenghuizhen0909 |
| 479 | Sarayya |
| 480 | ajtwwwtv22553 |
| 481 | john bresnan |
| 482 | John O'Neill66 |
| 483 | zhanghui fashion |

| 484 | zhangxiaona123 |
| 485 | Lyndsey Haughie |
| 486 | Joey Abrigo |
| 487 | Concetta Johns |
| 488 | wanglianjun1314 |
| 489 | wujuying66205 |
| 490 | heyanli1028 |
| 491 | Lifeng0620 |
| 492 | Tanyayy |
| 493 | Huangbin123 |
| 494 | FOR AMAZING |
| 495 | wangxi7324 |
| 496 | shiyan55667 |
| 497 | Amanda Diaz |
| 498 | wangqiuhuaiqi |
| 499 | LXYyun |
| 500 | Dante Santoyo |
| 501 | zhangzhiqinlp |
| 502 | Jason Bowerd |
| 503 | DeepDiscount |
| 504 | hezusong5588 |
| 505 | yanganquan78 |
| 506 | Michael TaylorS |
| 507 | Jeremy Dawson |
| 508 | d4g5g55 |
| 509 | chenjingjing521 |
| 510 | zhefengliss |
| 511 | ███████████████ |
| 512 | nichunqing |
| 513 | thomas colby |
| 514 | Gelouery Schoolbags |
| 515 | fuyangyang3386 |
| 516 | tudingtuihang |
| 517 | Kim Pack |
| 518 | Thomas  robinson1 |
| 519 | DEE666W5 |
| 520 | wangyuxi5646 |
| 521 | jjjikknnnn5326 |
| 522 | hehui fashion |
| 523 | xmjmyouth0123 |
| 524 | danluxiufang |
| 525 | ningxiaopaijing |
| 526 | ShoubengchirPy |
| 527 | xuyyiyi |
| 528 | ming fashion |

| 529 | Megan Sage |
| 530 | caicai shopping |
| 531 | cloudji |
| 532 | sdoirmjr |
| 533 | starduan |
| 534 | chenyaqi3320 |
| 535 | sjxjsu |
| 536 | hongzhen fashion |
| 537 | Derek Bomar |
| 538 | Zichenglin137 |
| 539 | d4f5f5 |
| 540 | Cindy Hoffman |
| 541 | Jane Bernstein |
| 542 | jaksjiuehr |
| 543 | guojinyana |
| 544 | zhenjiang fashion store |
| 545 | dengjie fashion |
| 546 | David McGuire |
| 547 | kang668 |
| 548 | MONICA MARTINEZ1 |
| 549 | tt8t8t8 |
| 550 | XinXinssupplies |
| 551 | Searedny Gifttoys |
| 552 | sdkjgkjriuj |
| 553 | liuhaibin163 |
| 554 | lilin2 |
| 555 | Jorgeoo |
| 556 | wudingjia521000 |
| 557 | joan m garcia |
| 558 | ljl211700437 |
| 559 | allan findlay |
| 560 | chenmeili163 |
| 561 | zhanfangbashan |
| 562 | huxiaolong723 |
| 563 | xingtianzi123 |
| 564 | Danelleyy |
| 565 | RRR88E8 |
| 566 | qiushu |
| 567 | Corky C. Jinks |
| 568 | huangjiawen95081 |
| 569 | Evan Mesa |
| 570 | muguangrong |
| 571 | YanyuecaizaiaE |
| 572 | Todd Waldman |
| 573 | Katieaae |

| | |
|---|---|
| 574 | liuqinfang8989 |
| 575 | aksjiuiojfue |
| 576 | Emilyaaee |
| 577 | Nicci Gordon |
| 578 | li niu550718 |
| 579 | ████████████████ |
| 580 | zhaozq |
| 581 | carlos Ortega65 |
| 582 | 283DREJJ4 |
| 583 | Chadron Robinson |
| 584 | Chrisaaee |
| 585 | cai fashion |
| 586 | danpiaobaixiu |
| 587 | gaozhgcai6318 |
| 588 | Braden515115 |
| 589 | Benjamin Dancy |
| 590 | Layne Garner |
| 591 | Levinson65156 |
| 592 | Ciletti6516 |
| 593 | Marion Biscoe |
| 594 | William Byron Wortham |
| 595 | Lynnette Montijo |
| 596 | NATHAN TROYER |
| 597 | DANIEL P MILLER |
| 598 | Jessica Humphrey |
| 599 | Kevin Connell |
| 600 | Thomas Malefyt |
| 601 | Elizabeth Fleming |
| 602 | Cody Wendland |
| 603 | Chris Grippi |
| 604 | ANTONIO PEREZ |
| 605 | Daniela Koch |
| 606 | Mary Lynch Fernandez |
| 607 | Blake Fischer |
| 608 | Leedy151 |
| 609 | Mark Griffin |
| 610 | Danielle Valentin |
| 611 | JoWuana Littleton |
| 612 | Jason Seghers |
| 613 | Teresa Matters |
| 614 | Evelynazdvnb |
| 615 | L.M. Grisko |
| 616 | Maria Carter |
| 617 | Carole Picha |
| 618 | brandoutfit |

| | |
|---|---|
| 619 | aanywellpatch |
| 620 | teawugong |
| 621 | kabate |
| 622 | make08 |
| 623 | cheapmaskcoco |
| 624 | loral |
| 625 | yipeng0002 |
| 626 | Shop910751010 Store |
| 627 | Shop911068110 Store |
| 628 | Shop911039130 Store |
| 629 | Shop911058144 Store |
| 630 | Pals Vista TeeZone Store |
| 631 | Aanywell patch Store |
| 632 | Shop911037112 Store |
| 633 | Shop910927011 Store |
| 634 | Shop910726071 Store |
| 635 | Shop911088022 Store |
| 636 | Shop911128064 Store |
| 637 | Shop910921020 Store |
| 638 | Shop911060062 Store |
| 639 | Shop911132022 Store |
| 640 | Shop5716118 Store |
| 641 | Shop910738132 Store |
| 642 | Shop5748148 Store |
| 643 | Shop911104015 Store |
| 644 | Shop910881010 Store |
| 645 | AK11 Store |
| 646 | Shop911062030 Store |
| 647 | Shop910968073 Store |
| 648 | GT002 Store |
| 649 | Shop910912012 Store |
| 650 | Shop911130060 Store |
| 651 | Shop910909008 Store |
| 652 | WishShape TeeZone Store |
| 653 | Shop911037031 Store |
| 654 | Shop910367371 Store |
| 655 | Shop911050120 Store |
| 656 | GD003 Store |
| 657 | Shop910948053 Store |
| 658 | s18 Store |
| 659 | Shop910841016 Store |
| 660 | Shop911035231 Store |
| 661 | Jhonping Art print Poster Store |
| 662 | wangmumu Store |
| 663 | Shop910923034 Store |

| | |
|---|---|
| 664 | Shop910561380 Store |
| 665 | Shop910767007 Store |
| 666 | Shop5728108 Store |
| 667 | Shop911060156 Store |
| 668 | ypods Store |
| 669 | Shop911119059 Store |
| 670 | Shop911052134 Store |
| 671 | t-shirt016 Store |
| 672 | Shop911038119 Store |
| 673 | Shop911064139 Store |
| 674 | Shop900247340 Store |
| 675 | Shop910928029 Store |
| 676 | Shop910927039 Store |
| 677 | Shop910914006 Store |
| 678 | Shop911127045 Store |
| 679 | Shop911035157 Store |
| 680 | Shop911051215 Store |
| 681 | Shop911125052 Store |
| 682 | Shop910919024 Store |
| 683 | Shop5739137 Store |
| 684 | yellowpodsdiy Store |
| 685 | Shop910745159 Store |
| 686 | Shop911051239 Store |
| 687 | Shop910949036 Store |
| 688 | Shop911061170 Store |
| 689 | 003 CUSTOM |
| 690 | Shop910962003 Store |
| 691 | MeiHaoTEE EZ Store |
| 692 | Shop911062125 Store |
| 693 | Shop911050143 Store |
| 694 | Shop911052131 Store |
| 695 | Shop911092019 Store |
| 696 | Shop910983068 Store |
| 697 | Shop910938057 Store |
| 698 | Shop911062231 Store |
| 699 | GD001 Store |
| 700 | Shop911065135 Store |
| 701 | Shop911116076 Store |
| 702 | AK112 Store |
| 703 | Shop5739124 Store |
| 704 | ST005 Store |
| 705 | Shop911125168 Store |
| 706 | Shop911086029 Store |
| 707 | Shop910725083 Store |
| 708 | Shop5736138 Store |

| 709 | Shop910928030 Store |
|-----|---------------------|
| 710 | Shop911054243 Store |
| 711 | AJAXJ Store |
| 712 | Shop911131173 Store |
| 713 | Shop911049133 Store |
| 714 | Shop5891755 Store |
| 715 | Shop911091025 Store |
| 716 | Shop911062129 Store |
| 717 | Shop910911005 Store |
| 718 | Shop911106020 Store |
| 719 | Shop911047160 Store |
| 720 | KKL01 Store |
| 721 | dazha Store |
| 722 | Shop910956027 Store |
| 723 | Epiphany Store |
| 724 | Shop911113042 Store |
| 725 | Shop911066234 Store |
| 726 | Shop911044146 Store |
| 727 | Shop911055158 Store |
| 728 | Shop910687015 Store |
| 729 | DPP6 Store |