**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Mastodon, LLC
                      Plaintiff,

v.                                                    Case No.: 1:20−cv−07746
                                                         Honorable Mary M. Rowland

Dghwei, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 17, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion for entry of default and default judgment as to certain identified defendants [29] is granted. Plaintiff is to submit a proposed final judgment order to Proposed_Order_Rowland@ilnd.uscourts.gov by 2/18/21. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.