**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MASTODON, LLC,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Civil Action No.: 1:20-cv-07746

Judge Mary M. Rowland

Magistrate Judge Sheila M. Finnegan

**FINAL JUDGMENT ORDER**

This action having been commenced by MASTODON, LLC ("MASTODON" or "Plaintiff") against the defendants identified in the attached Schedule A and using the Defendant aliases and online marketplace accounts (collectively, the "Defendant Internet Stores"), and MASTODON having moved for entry of Default and Default Judgment against the defendants identified in Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by MASTODON, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an infringement injunction order and asset restraining order;

MASTODON having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademark. *See* Docket No. 11 which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing, and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the MASTODON Trademark, which is covered by U.S. Trademark Registration No. 4,866,423 ("MASTODON Trademark").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that MASTODON's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the MASTODON Trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine MASTODON Product or not authorized by MASTODON to be sold in connection with the MASTODON Trademark;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine MASTODON Product or any other product produced by MASTODON, that is not MASTODON's or not produced under the authorization, control or supervision of MASTODON and approved by MASTODON for sale under the MASTODON Trademark;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of MASTODON, or are sponsored by, approved by, or otherwise connected with MASTODON;

   d. further infringing the MASTODON Trademark and damaging MASTODON's goodwill;

   e. otherwise competing unfairly with MASTODON in any manner;

   f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for MASTODON, nor authorized by MASTODON

to be sold or offered for sale, and which bear any of the MASTODON Trademark or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

h. operating and/or hosting websites any other online marketplace accounts registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the MASTODON Trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine MASTODON Product or not authorized by MASTODON to be sold in connection with the MASTODON Trademark.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as, but not limited to, Amazon or Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Internet Stores, and online marketplace account registrars, shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the MASTODON Trademark, including any accounts associated with the Defaulting Defendants listed on Schedule A attached hereto;

4

b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the MASTODON Trademark; and

c. take all steps necessary to prevent links to the Defendant Internet Stores identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), MASTODON is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit MASTODON Trademark on products sold through at least the Defendant Internet Stores.

4. PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH"), Amazon Payments, Inc. ("Amazon"), Alipay US, Inc. ("Alipay"), and Heguang International Limited or Dunhuang Group d/b/a DHGATE, DHgate.com, DHPORT, DHLINK and DHPAY ("DHgate"), shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites identified on Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, WISH, Amazon, Alipay, and DHgate, are hereby released to MASTODON as partial payment of the above-identified damages, and PayPal, WISH, Amazon, Alipay, and DHgate is ordered to release to MASTODON the amounts from Defaulting Defendants' PayPal, WISH, Amazon, Alipay, and DHgate accounts within ten (10) business days of receipt of this Order.

5

6.      Until MASTODON has recovered full payment of monies owed to it by any Defaulting Defendant, MASTODON shall have the ongoing authority to serve this Order on PayPal, WISH, Amazon, Alipay, and DHgate in the event that any new PayPal, WISH, Amazon, Alipay, and DHgate accounts controlled or operated by Defaulting Defendants are identified.   Upon receipt of this Order, PayPal, WISH, Amazon, Alipay, and DHgate shall within two (2) business days:

    a.  locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal, WISH, Amazon, Alipay, and DHgate accounts;

    b.  restrain and enjoin such accounts or funds that are Asia based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c.  release all monies restrained in Defaulting Defendants' PayPal, WISH, Amazon, Alipay, and DHgate accounts to MASTODON as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7.      Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Defendant Internet Stores shall disable and/or cease facilitating access to the Defendant Internet Stores, including any other alias seller identification names being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's MASTODON Trademark.

8.      Until MASTODON has recovered full payment of monies owed to it by any Defaulting Defendant, MASTODON shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the

"Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

a.  locate all accounts connected to Defaulting Defendants, Defaulting Defendants' online marketplace accounts or Defaulting Defendants' websites;

b.  restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.  release all monies restrained in Defaulting Defendants' financial accounts to MASTODON as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9.  In the event that MASTODON identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, MASTODON may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 2 to the Declaration of Bill Kelliher and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: February 18, 2021

*Mary M Rowling*

_____
United States District Court Judge

## FIRST AMENDED SCHEDULE A

| No. | Defendants |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | tong you |
| 8 | Carrollww |
| 9 | |
| 10 | |
| 11 | Kenneth J Tanner |
| 12 | LiuShanQin |
| 13 | |
| 14 | HAYDEN ROSE |
| 15 | |
| 16 | Grozinrel |
| 17 | Zengshurong |
| 18 | Coollemon |
| 19 | The Slaughter |
| 20 | 2011 fashion clothes |
| 21 | Matt Clement |
| 22 | wanghuimin19961120 |
| 23 | tanmenru |
| 24 | Songyangyang456 |
| 25 | HuanlangdunbenuX |
| 26 | Melissa Turner |
| 27 | qinyue |
| 28 | M BVC PWZ |
| 29 | LaDonnike Morgan |
| 30 | |
| 31 | chenshuai77188 |
| 32 | yaoshi |
| 33 | tongjianhong198217 |
| 34 | LOUE |
| 35 | DWWWW998 |
| 36 | LajianggougEz |
| 37 | Robert E. Delbango |

| 38 | Bryan Riggs |
| 39 | FFF66F5 |
| 40 | hechen878507712 |
| 41 | Annaaee |
| 42 | chenjingjuan321 |
| 43 | laiyonglin888 |
| 44 | ██████████████ |
| 45 | James Hill1 |
| 46 | shenshiyan |
| 47 | longying22085 |
| 48 | wangqiuyujiping |
| 49 | Charles Henson |
| 50 | Linda Rockett |
| 51 | Lois Grahame |
| 52 | ██████████████ |
| 53 | Gosse5egrg |
| 54 | luzhihui fashion |
| 55 | zuihoumoli |
| 56 | Russelaaee |
| 57 | ██████████████ |
| 58 | 3D Fashion Clothes |
| 59 | hehao65399405 |
| 60 | ouqu334 plaza |
| 61 | zhoujie6701 |
| 62 | wangxiaozhen2548 |
| 63 | Vertiveny Baby's |
| 64 | Kim Ziegelgruberg |
| 65 | wuduilingtao |
| 66 | WQQQ9989 |
| 67 | Codyaaee |
| 68 | zhouli12345 |
| 69 | Jennifer Marino45 |
| 70 | zhangjie163163 |
| 71 | SSDDW66 |
| 72 | Calebaaee |
| 73 | Casa de Oracion |
| 74 | suenXIAO-54 |
| 75 | liufenglian 123 |
| 76 | rmx5869 |
| 77 | Skgnsodkafspfdpfodfkdhh33 |
| 78 | sunminjie fashion |
| 79 | liulei830717 |

| 80 | mcceseoqwsee |
| 81 | liwenwen147253 |
| 82 | anlizhaomi7685123 |
| 83 | Jeffrey Bruski |
| 84 | Fashin boy |
| 85 | sfydyy |
| 86 | Nancy Snyder |
| 87 | MeisikangmoumX |
| 88 | ████████████████ |
| 89 | Jamillah |
| 90 | Angel Rios |
| 91 | Good friend trade |
| 92 | Laterms |
| 93 | mvhyogh fashion store |
| 94 | HUYINSONG188498 |
| 95 | jialangyi |
| 96 | htgdjchjgthj |
| 97 | Gerald Reeves |
| 98 | zhangleilei163 |
| 99 | Tangshanshan0415 |
| 100 | Yangyurong1974 |
| 101 | Gary l thompson |
| 102 | Meizaibay Pants |
| 103 | W2W1W2 |
| 104 | jc charles schoonard |
| 105 | Fenbaoge Bags |
| 106 | osienmkhds |
| 107 | Zizisunny Toys |
| 108 | qu15967 |
| 109 | chenbeibei 552018 |
| 110 | Muwondei Bedclothes |
| 111 | Scott Janssen |
| 112 | Shawn Tidwell |
| 113 | XiashaohuaijibDs |
| 114 | Amy Minich |
| 115 | liupanpang |
| 116 | xiaoming fashion |
| 117 | zhangfengaq |
| 118 | gancitaoqing |
| 119 | Laura Slatten |
| 120 | LIZABETW |
| 121 | Lumete Stoeng Burang |
| 122 | FangpinhuaiyizN |
| 123 | MoLu088 |
| 124 | wangsimin123 |

| | |
|---|---|
| 125 | Vendoudu Toys |
| 126 | yangli1234 |
| 127 | Edward D. Astleford |
| 128 | Kristina Gallman |
| 129 | k8k82 |
| 130 | LiangjianheiwXu |
| 131 | Magic City |
| 132 | shenyllin |
| 133 | DDWW665 |
| 134 | XIUYING YANG PUDEPU FATION WOMAN SHOES SHOP |
| 135 | zhuyajuan163 |
| 136 | johnn yofchou |
| 137 | zhangting6637 |
| 138 | shifengxi |
| 139 | huangyulan fashion |
| 140 | Saskia Chick |
| 141 | siponiang |
| 142 | tangtaijun01 |
| 143 | Wangmin12345 |
| 144 | pan fashion |
| 145 | koujhjy |
| 146 | zhangge63546 |
| 147 | B8B8B8B888 |
| 148 | Duodownby Pants |
| 149 | Angel Wiener |
| 150 | SiyanyuebNx |
| 151 | lindenglian2674 |
| 152 | Danielleoo |
| 153 | daixiaoyuan200877 |
| 154 | aas5s66 |
| 155 | dingfan123 |
| 156 | wenqiya66058 |
| 157 | ███████████████ |
| 158 | Ruth Faulkneri |
| 159 | Melinda Kelsay |
| 160 | cuili8755 |
| 161 | shanjianting123 |
| 162 | wujunyi5566 |
| 163 | maurice dresslaer |
| 164 | Crissy Ruiz |
| 165 | DouzifeicS |
| 166 | zhoujunjunjiejie |
| 167 | zhangshenchaog |
| 168 | xuxiuling3939 |

| 169 | Chris Hurst |
| 170 | ieioruoje |
| 171 | 254sjka4 |
| 172 | Lilan921 |
| 173 | DISV KA32 |
| 174 | Ekdnsjdjslslkdrnjkpbgdgjk27 |
| 175 | Alaonger Bags |
| 176 | maxin1014 |
| 177 | Bob Pretzel |
| 178 | mozutin418 |
| 179 | Dknskznjbxzknxxnnxkxjkxnjx |
| 180 | Robert Nielsen |
| 181 | Jacobaae |
| 182 | sanjiedexingfupu |
| 183 | ZhuizhuibengziuTf |
| 184 | |
| 185 | ZaishainajiangrTc |
| 186 | duancaipianji |
| 187 | Veinonyen Pants |
| 188 | qianglimaoyishangxing |
| 189 | Skgnskgmskfndjfnskfjcnnj22 |
| 190 | |
| 191 | Atsushi Kawabata |
| 192 | zhijie dh |
| 193 | Cynthiakkk |
| 194 | limingh |
| 195 | youqiang fashion |
| 196 | Lindsey Navarro |
| 197 | Tammyyy |
| 198 | yyyoushop |
| 199 | laiyanting123 |
| 200 | weimeiyue6688 |
| 201 | g8g6f57g7 |
| 202 | houliangyan66058 |
| 203 | BradleyEE |
| 204 | Charles Artley |
| 205 | Dustin Lorance |
| 206 | Holly L Lara |
| 207 | Maizai Underclothes |
| 208 | lusanxianshe |
| 209 | zhenqiuyupao |
| 210 | mafangqi8280 |
| 211 | DuitunmeibafRz |
| 212 | Brenda Baxter |
| 213 | g8g5g6r6 |

| 214 | Sherry Harvey |
|---|---|
| 215 | ee66e5 |
| 216 | dongrui shop |
| 217 | ShashinanyiiDy |
| 218 | chenlichao123321 |
| 219 | her3i2 |
| 220 | chenyanna |
| 221 | Skfnsofjsorkwigjsnxnxnb55 |
| 222 | Vivian Johnson |
| 223 | liuqingshan fashion |
| 224 | qinying2588 |
| 225 | zhuxiaoting1988 |
| 226 | liyuonyuon |
| 227 | vfgigjjtih |
| 228 | zhoushasha4202 |
| 229 | yangxianlian963258 |
| 230 | yuanyuanlangshi |
| 231 | siuekjjknfe |
| 232 | echosky |
| 233 | Kallenaaee |
| 234 | gouguangfan supper-market |
| 235 | Joshuaaaee |
| 236 | liuyawei |
| 237 | loveaugust |
| 238 | tomtrade |
| 239 | shanmingshuang1234 |
| 240 | Ekfjenmmndkfdngmfkdk30 |
| 241 | McleanEE |
| 242 | n2n2n2 |
| 243 | Lijungoodsstore |
| 244 | aopkiiu wholeshop |
| 245 | shenjianmei fashion |
| 246 | Cheers Too |
| 247 | futianyu0224 |
| 248 | barbara kizer53 |
| 249 | fbafeifei18886 |
| 250 | Cari Enevoldsen |
| 251 | FlowersEEaa |
| 252 | wangxiaolan123 |
| 253 | Hale51 |
| 254 | L5L5L56 |
| 255 | Aelfric Eden Store |
| 256 | Telabeen Salen Francen |
| 257 | yangshishuide |
| 258 | Stephenaaee |

| | |
|---|---|
| 259 | Dennis Lorton |
| 260 | liting12345 |
| 261 | osiduurnjf |
| 262 | yufeile |
| 263 | lewis515 |
| 264 | meijiee |
| 265 | s34442ws |
| 266 | qianguanfu |
| 267 | houxianhong9327 |
| 268 | ███████████████████ |
| 269 | Lauren Horner |
| 270 | leizhou5875 |
| 271 | Jeanne Vargo |
| 272 | Kaiaaee |
| 273 | Debriyren Bedclotehs |
| 274 | Colin Fashion Store |
| 275 | mabo fashion |
| 276 | HUANGLILANLANZ FATION WOMAN CLOTHING STORE |
| 277 | irfdrhv  Friday |
| 278 | posdsoijher |
| 279 | xiaoao5078 |
| 280 | Lindsayyya |
| 281 | yuanxiaoxue666 |
| 282 | gaomiao fashion |
| 283 | eraudxjxfyif |
| 284 | jirunrun |
| 285 | D5D5F5 |
| 286 | Gfhvcxhchbvhnbjjccgjvgjkk |
| 287 | liuchenyuj |
| 288 | shuyaqing65 |
| 289 | dtjydseryeytutr |
| 290 | lilinrong8087 |
| 291 | chenying88618 |
| 292 | b78ij988 |
| 293 | BIan  AbercrombieG |
| 294 | Sarah Storandt |
| 295 | Emma Rea |
| 296 | Jeff Hollifield |
| 297 | yangting3695 |
| 298 | David Douglas Krick |
| 299 | James Witherspoon |
| 300 | Clara Caldwell |
| 301 | Shawn VanLoan |
| 302 | Toyota Logistics Services, Inc |

14

| 303 | HJ66 |
| 304 | Skrnwofnsofnsofndkfnd51 |
| 305 | Hibrox |
| 306 | linhaling |
| 307 | hukai4416 |
| 308 | menggengegeqi |
| 309 | zhangshunqiang5239 |
| 310 | laixiaoling5741 |
| 311 | gaiyoupaijing |
| 312 | Demaxia Lesenten morrezion Artstore |
| 313 | f6f5f |
| 314 | sheng fashion |
| 315 | qingxiu fashion |
| 316 | zhuyihang9122 |
| 317 | DDD66D8 |
| 318 | qqwwq65 |
| 319 | Fuefar bags |
| 320 | Edward M Creech |
| 321 | Jonathan Santiago |
| 322 | Jody Ann Motylinski |
| 323 | ShunjiaolinhuangbVi |
| 324 | Cheyennekkk |
| 325 | Gwen Berger |
| 326 | wfh41 |
| 327 | zhujidongdian |
| 328 | zhaochangfei |
| 329 | zhangchaixia |
| 330 | yiguo fashion |
| 331 | BunnellEE |
| 332 | guanchunqion |
| 333 | pengfeichen |
| 334 | HEMEN PANNUOYA GENTE BIEAN |
| 335 | PING HSU |
| 336 | █████████████████████ |
| 337 | mcrisowypvvl |
| 338 | Wangbaoyi601 |
| 339 | Geivencler Bags |
| 340 | Joseph James2 |
| 341 | Sgchvhcjvhbgnhbjvbvv |
| 342 | Randyoo |
| 343 | Angelica Fors |
| 344 | yifan fashion |
| 345 | z66z5 |
| 346 | Callie Eady |
| 347 | springd |

| | |
|---|---|
| 348 | Alan Yamanaka |
| 349 | fengguifen |
| 350 | U.S. and south Korean fashion |
| 351 | tan qin ying 668 |
| 352 | wenmei666 |
| 353 | W6E6R6 |
| 354 | QQASD556A |
| 355 | xingwei shopping |
| 356 | Yanery Pants |
| 357 | xiajie fashion |
| 358 | zizengqin123 |
| 359 | BeihuangmengzOd |
| 360 | Kathleen Shaw Schadle |
| 361 | YUxiaodan0628 |
| 362 | MeihezhantI |
| 363 | Roopa K Schoop |
| 364 | zhangna163 |
| 365 | yucuifang |
| 366 | Shana Simmons |
| 367 | Jared Nottingham87 |
| 368 | suzhang |
| 369 | Maria Martinez |
| 370 | The fashion Tshirt |
| 371 | zhangxuza |
| 372 | ningxiax |
| 373 | fuweicheng66058 |
| 374 | huangzhanxunlu |
| 375 | Duanliuliu78523 |
| 376 | Ming Xiao8869 |
| 377 | Steven J Hester |
| 378 | k88e288 |
| 379 | zhaoshefeng56234 |
| 380 | limingrong8338 |
| 381 | Madeline Inglese |
| 382 | k8er7 |
| 383 | malei4636 |
| 384 | ghjedstyi |
| 385 | yanfujun147 |
| 386 | nieyunbutang |
| 387 | Jeffrey Fermstad |
| 388 | linguo78lin788. |
| 389 | qingyimian |
| 390 | Elizabeth Morla |
| 391 | hushuhuan1114 |
| 392 | luzaizouxia |

| 393 | Zeyibei Bedding |
| 394 | Liyixiao521 |
| 395 | liumeng520 |
| 396 | Darcyaaee |
| 397 | DAVID CORNN JR |
| 398 | ██████████████ |
| 399 | sundan fashion |
| 400 | yuancuixia46963 |
| 401 | steubercyril |
| 402 | Bret R Mylin |
| 403 | Lindaooe |
| 404 | Janette Bellotte |
| 405 | ██████████████ |
| 406 | QQ656SQ |
| 407 | Hepeijuan5522 |
| 408 | fengmiao |
| 409 | Alex Stewart |
| 410 | minzustyle |
| 411 | wanxiuwen |
| 412 | william mcatee |
| 413 | huwen fashion |
| 414 | xushidaifa |
| 415 | Cezanne Love |
| 416 | tenghaiyuan |
| 417 | Sheila Keeler |
| 418 | shaoqiu fashion |
| 419 | Sofkskfksogndjfjsifhskfj69 |
| 420 | Yvette Schleiger |
| 421 | YYYTT9T9 |
| 422 | Jessica Lewis |
| 423 | g6g6g6g |
| 424 | Sheyenne Perla |
| 425 | g6ggh889 |
| 426 | yangwei00 |
| 427 | ██████████████ |
| 428 | J5J5K5 |
| 429 | zhangjian3698 |
| 430 | wangjianting |
| 431 | dl5456 |
| 432 | Troyaaee |
| 433 | l8l8l8lZ |
| 434 | zhangjuna |
| 435 | Qianbaiey Baby's |
| 436 | theysythwpx |
| 437 | fhuxyi |

| | |
|---|---|
| 438 | ke72e |
| 439 | niuyanpeng5802 |
| 440 | LujuyoupC |
| 441 | yangxiaojiao163 |
| 442 | Carlos Alvarezn |
| 443 | caofengying |
| 444 | yuge1234 |
| 445 | MEN SNENG SHULAGE STORE |
| 446 | Meiziyichu wuxi |
| 447 | zimoshanghua |
| 448 | Michael Capps |
| 449 | sergio martinez |
| 450 | tungeir peach Mama's apron |
| 451 | wnx546 |
| 452 | houlinfer |
| 453 | mawenbin521088 |
| 454 | Melissa Fronheiser |
| 455 | hygjdterer |
| 456 | HuanzailuanzaivWu |
| 457 | Xiaoyuerong |
| 458 | Hank Waldmann |
| 459 | chengjie163 |
| 460 | James Haenggi34 |
| 461 | Thomas Turner |
| 462 | Brandon Davis |
| 463 | manmanxiaoqingluo |
| 464 | joaquin gutierrezk |
| 465 | JENNIFER OATES |
| 466 | wangxing646 |
| 467 | ChuangzhongmeilanpGt |
| 468 | Cynthiayya |
| 469 | fanshuzhengsad |
| 470 | aedeq shopping |
| 471 | xujie1778 |
| 472 | Nellie gonzalez |
| 473 | LyonsEE |
| 474 | luhuan99 |
| 475 | Rachelaaee |
| 476 | Nicole Kennedy |
| 477 | asdas123456789 |
| 478 | zenghuizhen0909 |
| 479 | Sarayya |
| 480 | ajtwwwtv22553 |
| 481 | john bresnan |
| 482 | John O'Neill66 |

| 483 | zhanghui fashion |
|---|---|
| 484 | zhangxiaona123 |
| 485 | Lyndsey Haughie |
| 486 | Joey Abrigo |
| 487 | Concetta Johns |
| 488 | wanglianjun1314 |
| 489 | wujuying66205 |
| 490 | heyanli1028 |
| 491 | Lifeng0620 |
| 492 | Tanyayy |
| 493 | Huangbin123 |
| 494 | FOR AMAZING |
| 495 | wangxi7324 |
| 496 | shiyan55667 |
| 497 | Amanda Diaz |
| 498 | wangqiuhuaiqi |
| 499 | LXYyun |
| 500 | Dante Santoyo |
| 501 | zhangzhiqinlp |
| 502 | Jason Bowerd |
| 503 | DeepDiscount |
| 504 | hezusong5588 |
| 505 | ███████████ |
| 506 | Michael TaylorS |
| 507 | Jeremy Dawson |
| 508 | d4g5g55 |
| 509 | chenjingjing521 |
| 510 | zhefengliss |
| 511 | ███████████ |
| 512 | nichunqing |
| 513 | thomas colby |
| 514 | Gelouery Schoolbags |
| 515 | fuyangyang3386 |
| 516 | tudingtuihang |
| 517 | Kim Pack |
| 518 | Thomas  robinson1 |
| 519 | DEE666W5 |
| 520 | wangyuxi5646 |
| 521 | jjjikknnnn5326 |
| 522 | hehui fashion |
| 523 | xmjmyouth0123 |
| 524 | danluxiufang |
| 525 | ningxiaopaijing |
| 526 | ShoubengchirPy |
| 527 | xuyyiyi |

| | |
|---|---|
| 528 | ming fashion |
| 529 | Megan Sage |
| 530 | caicai shopping |
| 531 | cloudji |
| 532 | sdoirmjr |
| 533 | starduan |
| 534 | chenyaqi3320 |
| 535 | sjxjsu |
| 536 | hongzhen fashion |
| 537 | Derek Bomar |
| 538 | Zichenglin137 |
| 539 | d4f5f5 |
| 540 | Cindy Hoffman |
| 541 | Jane Bernstein |
| 542 | jaksjiuehr |
| 543 | guojinyana |
| 544 | zhenjiang fashion store |
| 545 | dengjie fashion |
| 546 | David McGuire |
| 547 | ███████████ |
| 548 | MONICA MARTINEZ1 |
| 549 | tt8t8t8 |
| 550 | XinXinssupplies |
| 551 | Searedny Gifttoys |
| 552 | sdkjgkjriuj |
| 553 | liuhaibin163 |
| 554 | lilin2 |
| 555 | Jorgeoo |
| 556 | wudingjia521000 |
| 557 | joan m garcia |
| 558 | ljl211700437 |
| 559 | allan findlay |
| 560 | chenmeili163 |
| 561 | ███████████ |
| 562 | huxiaolong723 |
| 563 | xingtianzi123 |
| 564 | Danelleyy |
| 565 | RRR88E8 |
| 566 | qiushu |
| 567 | Corky C. Jinks |
| 568 | huangjiawen95081 |
| 569 | Evan Mesa |
| 570 | muguangrong |
| 571 | YanyuecaizaiaE |
| 572 | Todd Waldman |

| | |
|---|---|
| 573 | Katieaae |
| 574 | liuqinfang8989 |
| 575 | aksjiuiojfue |
| 576 | Emilyaaee |
| 577 | Nicci Gordon |
| 578 | li niu550718 |
| 579 | ████████ |
| 580 | zhaozq |
| 581 | carlos Ortega65 |
| 582 | 283DREJJ4 |
| 583 | Chadron Robinson |
| 584 | Chrisaaee |
| 585 | cai fashion |
| 586 | danpiaobaixiu |
| 587 | gaozhgcai6318 |
| 588 | Braden515115 |
| 589 | Benjamin Dancy |
| 590 | Layne Garner |
| 591 | Levinson65156 |
| 592 | Ciletti6516 |
| 593 | Marion Biscoe |
| 594 | William Byron Wortham |
| 595 | Lynnette Montijo |
| 596 | NATHAN TROYER |
| 597 | DANIEL P MILLER |
| 598 | Jessica Humphrey |
| 599 | Kevin Connell |
| 600 | Thomas Malefyt |
| 601 | Elizabeth Fleming |
| 602 | Cody Wendland |
| 603 | Chris Grippi |
| 604 | ANTONIO PEREZ |
| 605 | Daniela Koch |
| 606 | Mary Lynch Fernandez |
| 607 | Blake Fischer |
| 608 | Leedy151 |
| 609 | Mark Griffin |
| 610 | Danielle Valentin |
| 611 | JoWuana Littleton |
| 612 | Jason Seghers |
| 613 | Teresa Matters |
| 614 | Evelynazdvnb |
| 615 | L.M. Grisko |
| 616 | Maria Carter |
| 617 | Carole Picha |

| 618 | brandoutfit |
| 619 | aanywellpatch |
| 620 | teawugong |
| 621 | kabate |
| 622 | |
| 623 | cheapmaskcoco |
| 624 | loral |
| 625 | yipeng0002 |
| 626 | Shop910751010 Store |
| 627 | Shop911068110 Store |
| 628 | Shop911039130 Store |
| 629 | Shop911058144 Store |
| 630 | Pals Vista TeeZone Store |
| 631 | Aanywell patch Store |
| 632 | Shop911037112 Store |
| 633 | Shop910927011 Store |
| 634 | Shop910726071 Store |
| 635 | Shop911088022 Store |
| 636 | Shop911128064 Store |
| 637 | Shop910921020 Store |
| 638 | Shop911060062 Store |
| 639 | Shop911132022 Store |
| 640 | Shop5716118 Store |
| 641 | Shop910738132 Store |
| 642 | Shop5748148 Store |
| 643 | Shop911104015 Store |
| 644 | Shop910881010 Store |
| 645 | AK11 Store |
| 646 | Shop911062030 Store |
| 647 | Shop910968073 Store |
| 648 | GT002 Store |
| 649 | Shop910912012 Store |
| 650 | Shop911130060 Store |
| 651 | Shop910909008 Store |
| 652 | WishShape TeeZone Store |
| 653 | Shop911037031 Store |
| 654 | Shop910367371 Store |
| 655 | Shop911050120 Store |
| 656 | GD003 Store |
| 657 | Shop910948053 Store |
| 658 | s18 Store |
| 659 | Shop910841016 Store |
| 660 | Shop911035231 Store |
| 661 | Jhonping Art print Poster Store |
| 662 | wangmumu Store |

| | |
|---|---|
| 663 | Shop910923034 Store |
| 664 | Shop910561380 Store |
| 665 | Shop910767007 Store |
| 666 | Shop5728108 Store |
| 667 | Shop911060156 Store |
| 668 | ypods Store |
| 669 | Shop911119059 Store |
| 670 | Shop911052134 Store |
| 671 | t-shirt016 Store |
| 672 | Shop911038119 Store |
| 673 | Shop911064139 Store |
| 674 | Shop900247340 Store |
| 675 | Shop910928029 Store |
| 676 | Shop910927039 Store |
| 677 | Shop910914006 Store |
| 678 | Shop911127045 Store |
| 679 | Shop911035157 Store |
| 680 | Shop911051215 Store |
| 681 | Shop911125052 Store |
| 682 | Shop910919024 Store |
| 683 | Shop5739137 Store |
| 684 | yellowpodsdiy Store |
| 685 | Shop910745159 Store |
| 686 | Shop911051239 Store |
| 687 | Shop910949036 Store |
| 688 | Shop911061170 Store |
| 689 | 003 CUSTOM |
| 690 | Shop910962003 Store |
| 691 | MeiHaoTEE EZ Store |
| 692 | Shop911062125 Store |
| 693 | Shop911050143 Store |
| 694 | Shop911052131 Store |
| 695 | Shop911092019 Store |
| 696 | Shop910983068 Store |
| 697 | Shop910938057 Store |
| 698 | Shop911062231 Store |
| 699 | GD001 Store |
| 700 | Shop911065135 Store |
| 701 | Shop911116076 Store |
| 702 | AK112 Store |
| 703 | Shop5739124 Store |
| 704 | ST005 Store |
| 705 | Shop911125168 Store |
| 706 | Shop911086029 Store |
| 707 | Shop910725083 Store |

| | |
|---|---|
| 708 | Shop5736138 Store |
| 709 | Shop910928030 Store |
| 710 | Shop911054243 Store |
| 711 | AJAXJ Store |
| 712 | Shop911131173 Store |
| 713 | Shop911049133 Store |
| 714 | Shop5891755 Store |
| 715 | Shop911091025 Store |
| 716 | Shop911062129 Store |
| 717 | Shop910911005 Store |
| 718 | Shop911106020 Store |
| 719 | Shop911047160 Store |
| 720 | KKL01 Store |
| 721 | dazha Store |
| 722 | Shop910956027 Store |
| 723 | Epiphany Store |
| 724 | Shop911113042 Store |
| 725 | Shop911066234 Store |
| 726 | Shop911044146 Store |
| 727 | Shop911055158 Store |
| 728 | Shop910687015 Store |
| 729 | DPP6 Store |